UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23243-ALTMAN

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**LXKJ**,

    *Defendant*
_____/

## ORDER ON TRANSFER

Subject to Judge David Leibowitz's consent, and pursuant to S.D. Fla. I.O.P. 2.15.00(c), we hereby **TRANSFER** this case to Judge Leibowitz, who's already presiding over several related cases involving the same Plaintiff and the same claims.

**DONE AND ORDERED** in the Southern District of Florida on August 27, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

After reviewing the file in this case, the undersigned accepts the transfer of this case. Therefore, it is **ORDERED and ADJUDGED** as follows:

1. All pleadings filed after this date shall bear the following case number, **1:24-cv-23243-DSL**, indicating the Judge to whom all pleadings should be routed.

2. This case is **CONSOLIDATED** with Case No. 24-cv-22281-DSL.  All pleadings filed after this date shall be filed under Case No. 24-cv-22281-DSL.

3. The Clerk shall **CLOSE** Case No. **1:24-cv-23243-DSL.**

**DONE AND ORDERED** in the Southern District of Florida on August 27, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record